**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:26-CR-110-REW
**18 U.S.C. § 2422(b)**

**BRIAN FISHER ALBRIGHT**

* * * * *

**THE GRAND JURY CHARGES:**

Beginning on or about December 31, 2025, and continuing through on or about January 1, 2026, in Clark County, in the Eastern District of Kentucky,

**BRIAN FISHER ALBRIGHT,**

using a facility or means of interstate or foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, that is, Sexual Abuse in the First Degree under Kentucky Revised Statutes § 510.110, in violation of 18 U.S.C. § 2422(b).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**PENALTIES**

Not less than 10 years nor more than life imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.