Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 5:26-CR-110-REW

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR ARREST WARRANT**

**BRIAN FISHER ALBRIGHT** **DEFENDANT**

* * * * *

The United States moves for an arrest warrant for the presence of the Defendant, **BRIAN FISHER ALBRIGHT**, returnable forthwith.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: [signature]

JASON D. PARMAN
United States Attorney
260 West Vine St., Ste. 300
Lexington, Kentucky 40507
Jason.Parman@usdoj.gov