**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 26-CR-00110**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **<u>NOTICE BY UNITED STATES OF AUSA APPEARANCE</u>**

**BRIAN FISHER ALBRIGHT** **DEFENDANT**

* * * * * *

The United States gives notice that in addition to United States Attorney Jason D. Parman, the undersigned Assistant United States Attorney also enters their appearance as co-counsel in this matter. All pleadings should be sent to both United States Attorney Jason D. Parman and the undersigned.

Respectfully Submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: s/Amanda Morgan
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859)-685-4852
Amanda.Morgan3@usdoj.gov

CERTIFICATE OF SERVICE

On September 25, 2026, I electronically filed this document through the ECF system which will send notice to counsel of record.

s/Amanda Morgan
Assistant United States Attorney